**Entered on Docket
May 21, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada  89101
(702) 382-1399 Phone
(702) 382-0925 Fax
bk-clstock@cox.net E-mail

In Association With:
MALCOLM ♦CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, California 92612

Attorneys for EMC MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
| ANTHONY MERRITT, | CASE NO. S-10-15114-LBR |
| Debtor. | Hearing Date: May 12, 2010
Hearing Time: 10:30 a.m. |
| | Location:    Foley Federal Building
              Courtroom No. 1 |

### ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The Motion for Relief from Automatic Stay of EMC MORTGAGE CORPORATION came on regularly for hearing before this court on May 12, 2010, appearances as noted on the record.  No timely opposition having been filed, the court being fully advised in the premises and good cause appearing:

* * * * *

1    IT IS HEREBY ORDERED that the Motion for Relief from Automatic Stay be, and it hereby is, granted.

IT IS FURTHER ORDERED that all stay provisions are hereby terminated as to the real property commonly known as 5405 Welch Valley Avenue, Las Vegas, NV 89131.

IT IS FURTHER ORDERED that EMC MORTGAGE CORPORATION will provide Debtor with no less than seven (7) days notice of date, time, and place of the foreclosure sale.

SUBMITTED BY:

/s/ *Cindy Lee Stock*
CINDY LEE STOCK
Nevada Bar No. 803
915 East Bonneville Avenue
Las Vegas, Nevada   89101
(702)382-1399
Attorney for EMC MORTGAGE CORPORATION

### RULE 9021 CERTIFICATION:

In accordance with Local Rule 9021, counsel for Movant certifies:

____    The Court waived the requirement of approval under LR 9021.

____    This is a Chapter 7 or Chapter 13 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____    This is a Chapter 9, 11 or 15 case, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

__X__   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

### ###